1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TIMOTHY YOUNG,                              No. C 13-2534 RS (PR)

        Petitioner,                        **ORDER OF TRANSFER**

       v.

KEVIN CHAPPELL, Warden,

        Respondent.
_____/

    This federal habeas action, in which petitioner challenges convictions he suffered in

the Los Angeles County Superior Court, is TRANSFERRED to the Central District of

California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R.

2254-3(b).  The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED**.

DATED:  June_10_, 2013

                              RICHARD SEEBORG
                        United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TIMOTHY YOUNG,

                Plaintiff,

   v.

KEVIN CHAPPELL et al,

                Defendant.

_____/

Case Number: CV13-02534 RS

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Timothy Young E-47446
San Quentin State Prison
San Quentin, CA 94974

Dated: June 10, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk